**Opinion filed December 21, 2017**



## In The

# Eleventh Court of Appeals

_____

## No. 11-16-00013-CV

_____

## CANDY NOLAND, Appellant

## V.

## MICHAEL NOLAND, Appellee

**On Appeal from the 244th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-137,912**

### MEMORANDUM OPINION

Appellant has filed in this court a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1. In the motion, Appellant states that the parties have reached an agreement in the underlying suit and that this appeal is no longer necessary. According to the certificate of conference, Appellee consents to the motion.

We grant Appellant's motion and dismiss the appeal.


December 21, 2017                                                    PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey J.